

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-01072-CV

**ALPHA SECURITIES, LLC**,
Appellant

v.

**CITY OF FREDERICKSBURG**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15377
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED for failure to pay the filing fee.  Costs of this appeal are taxed against appellant.

SIGNED February 21, 2024.

_____
Rebeca C. Martinez, Chief Justice